**8**

Bob YOUNG v. STATE. (No. 8916.)
(Court of Criminal Appeals of Texas. Nov. 5,

1924.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The offense is assault to murder; punishment fixed at confinement in the penitentiary for a period of four years. The indictment is regular. No facts are presented, and no error is complained of by bill of exceptions. The judgment is affirmed.